JS-6

# UNITED STATES DISTRICT COURT

## CENTRAL DISTRICT OF CALIFORNIA (SOUTHERN DIVISION – SANTA ANA)

| | |
|---|---|
| DONNA BEASLEY; and JENNIFER M. BOSCO;<br>　　Plaintiffs,<br><br>　　　v.<br><br>GATEWAY BUSINESS BANK, D/B/A MISSION HILLS MORTAGE BANKERS; EVERBANK a Federal Savings Bank, D/B/A EVERHOME MORTGAGE COMPANY as successor by Merger with EVERHOME MORTGAGE COMPANY; KIMBERLY TRUST #6232, SOUTHLAND HOMES REAL ESTATE AND INVESTMENT AS TRUSTEE; and all persons or entities unknown claiming any legal or equitable right, title, estate, lien or interest in the property described in this Complaint adverse to Plaintiffs' title thereto, and DOES 1 through 25, inclusive,<br><br>　　Defendants. | Case No.: 8:12-cv-01597-ABC-AN<br><br>**[PROPOSED] ORDER GRANTING JOINT STIPULATION OF DISMISSAL AS TO DEFENDANTS GATEWAY BUSINESS BANK, D/B/A MISSION HILLS MORTGAGE BANKERS, AND KIMBERLY TRUST #6232, SOUTHLAND HOMES REAL ESTATE AND INVESTMENT AS TRUSTEE** |

///

1    FOR GOOD CAUSE SHOWN, Plaintiffs and Defendants stipulation to

2    dismiss Defendants from the above-captioned action with prejudice is GRANTED.

3

4    IT IS SO ORDERED

5

6    Dated: November   16, 2012

7

8    By: _____

9         Hon. Audrey B. Collins

10        United States District Court Judge

11

12

13

14

15

16

17

18

19

20

21

22

23

24

25

26

27

28

[PROPOSED] ORDER GRANTING JOINT STIPULATION OF DISMISSAL